UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Neulan Midkiff,

      Plaintiff,

v.                                       Civ. No. 06-1474 (JNE/SRN)
                                            ORDER

Rachel K. Paulose,

      Defendant.

In a Report and Recommendation dated November 27, 2006, the Honorable Susan Richard Nelson, United States Magistrate Judge, recommended that Defendant's Motion to Dismiss be granted and that Plaintiff's Complaint be dismissed without prejudice. Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Defendant's Motion to Dismiss [Docket No. 10] is GRANTED.

2. Plaintiff's Complaint [Docket No. 1] is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 26, 2006

                                                              s/ Joan N. Ericksen
                                                              JOAN N. ERICKSEN
                                                              United States District Judge